# CASES DISMISSED BEFORE THE CLERK IN VACATION DURING THE JANUARY TERM, A. D. 1916

Alabama Mill & Land Company, a Corporation, Appellant, v. T. B. Bush, A. C. Bush, J. A. Bush, L. B. Carr, and her husband, Reeves Carr, M. A. G. Bean, and her husband, J. A. Bean, Appellees.

An Appeal from a Decree of the Circuit Court for Holmes County.

Appeal dismissed on praecipe of counsel for Appellant, February 4, 1916.

*Will H. Price,* for Appellant;

*Smith & Davis* and *J. Henry Buttram,* for Appellees.

---

Florida East Coast Railway Company, a Corporation, Plaintiff in Error, v. Jason Albury, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court for Monroe County.

Dismissed on praecipe of counsel for plaintiff in error, February 28, 1916.